*pauperis,* denied. *Mr. Pierre d'A. Philippo, pro se.* No appearance for respondent.

No. 507. MORSE DRY DOCK & REPAIR CO. *v.* THE PRESIDENT ARTHUR. November 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. Courtland Palmer* and *Chauncey I. Clark* for petitioner. *Messrs. Cletus Keating* and *Saul S. Myers* for respondent.

No. 449. UNITED STATES EX REL. CAMPBELL *v.* HILL, WARDEN. November 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John A. Campbell, pro se.* No appearance for respondent.

No. 438. LONERGAN ET AL. *v.* LILLARD ET AL., RECEIVERS, ET AL. November 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Harry W. Colmery* and *Fred Robertson* for petitioners. *Messrs. T. M. Lillard* and *Roland Boynton* for respondents.

No. 442. UNITED STATES EX REL. KNIGHT *v.* MELLON;
No. 443. SAME *v.* STONE;
No. 444. SAME *v.* NUTTY;
No. 445. SAME *v.* LEOVY;
No. 446. SAME *v.* GUTHRIE; and
No. 447. SAME *v.* DAVISON. November 12, 1934. Petition for writs of certiorari to the Circuit Court of Appeals